UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00123-JRS-DML |
| | ) | |
| INDIANA UNIVERSITY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## Order Setting Scheduling Conference

This case is set for a telephone scheduling conference on **January 15, 2020, at 2:30 p.m. (Eastern),** before Magistrate Judge Debra McVicker Lynch. The purpose of the conference is to discuss a schedule regarding the motion for temporary restraining order (Dkt. 1). The court will contact counsel by separate email through the court's electronic filing system with the call-in information to be used to participate in the conference.

So ORDERED.

Date: 1/14/2020

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system