IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>INDIANA UNIVERSITY, PROVOST LAUREN ROBEL, KATHY ADAMS-REISTER, LIBBY SPOTTS, ROBERT BILLINGHAM, MICHAEL COURTNEY AND GRANT VOGTMAN,<br><br>        Defendants. | CASE NO. 1:20-CV-123-JRS-DML<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR EXPEDITED DISCOVERY** |

      Plaintiff John Doe ("plaintiff") hereby gives notice that he is withdrawing his Motion for Expedited Discovery filed on January 14. ECF 5.

      On January 14, plaintiff John Doe ("plaintiff") filed a Motion for Temporary Restraining Order and Injunctive Relief ("TRO Motion"). ECF 1. At the same time, he filed a Verified Complaint and Motion for Expedited Discovery. ECF 2, 5. The following afternoon, January 15, the Court held a scheduling conference in this newly-filed case. The Court deferred ruling on plaintiff's TRO Motion, ordered further briefing on the matter and set the hearing on plaintiff's TRO Motion for February 11.

      When the Court identified the hearing date, undersigned counsel informed the Court that it would not be necessary to rule on plaintiff's Motion for Expedited Discovery because any

PAGE 1—NOTICE OF WITHDRAWAL OF MOTION FOR EXPEDITED DISCOVERY

discovery, if needed, would be gathered for purposes of a subsequent preliminary injunction hearing. There is no need for discovery for purposes of ruling on plaintiff's TRO Motion. Accordingly, plaintiff withdraws his earlier-filed Motion for Expedited Discovery.

                Respectfully submitted,

                /s/ *Eric J. Rosenberg*
                Eric J. Rosenberg (0069958)
                395 North Pearl Street
                Granville, Ohio 43023
                740.644.1027 phone
                erosenberg@rosenbergball.com

PAGE 2—NOTICE OF WITHDRAWAL OF MOTION FOR EXPEDITED DISCOVERY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR EXPEDITED DISCOVERY was served by email on the counsel for defendant Indiana University and the individual defendants on January 17, 2020:

Michael C. Terrell
Taft Law
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
(317) 713-3590
mterrell@taftlaw.com

/s/ *Eric J. Rosenberg*
Eric J. Rosenberg (0069958)
395 North Pearl Street
Granville, Ohio 43023
740.644.1027 phone
866.498.0811 fax
erosenberg@rosenbergball.com

CERTIFICATE OF SERVICE