## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>v.<br><br>INDIANA UNIVERSITY AT BLOOMINGTON, PROVOST LAUREN ROBEL, KATHY ADAMS-REISTER, LIBBY SPOTTS, ROBERT BILLINGHAM, MICHAEL COURTNEY AND GRANT VOGTMAN,<br><br>      Defendants. | CASE NO. 1:20-CV-123-JRS-DML<br><br>**PLAINTIFF'S NOTICE OF INTENT TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR EXPEDITED DISCOVERY** |

Plaintiff John Doe ("John Doe"), by and through his attorney, hereby provides notice that John Doe intends to file a memorandum in opposition to Defendants' Motion for Expedited Discovery, which was filed late yesterday afternoon, January 17. *See* ECF 18. John Doe's forthcoming memorandum in opposition will address both legally and factually the reasons defendants' motion is not well-taken and should be denied. John Doe will submit his motion on or before Tuesday, January 21.

                                              Respectfully submitted,

                                              /s/ *Eric J. Rosenberg*
                                              Eric J. Rosenberg (0069958)
                                              395 North Pearl Street
                                              Granville, Ohio 43023
                                              740.644.1027 phone
                                              866.498.0811 fax
                                              erosenberg@rosenbergball.com
                                              *Attorney for Plaintiff John Doe*