> Approved. The clerk of the court is hereby directed to show Dkt. 5 WITHDRAWN.
> DML
> 1/17/2020

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>INDIANA UNIVERSITY, PROVOST LAUREN ROBEL, KATHY ADAMS-REISTER, LIBBY SPOTTS, ROBERT BILLINGHAM, MICHAEL COURTNEY AND GRANT VOGTMAN,<br><br>    Defendants. | CASE NO. 1:20-CV-123-JRS-DML<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR EXPEDITED DISCOVERY** |

Plaintiff John Doe ("plaintiff") hereby gives notice that he is withdrawing his Motion for Expedited Discovery filed on January 14. ECF 5.

On January 14, plaintiff John Doe ("plaintiff") filed a Motion for Temporary Restraining Order and Injunctive Relief ("TRO Motion"). ECF 1. At the same time, he filed a Verified Complaint and Motion for Expedited Discovery. ECF 2, 5. The following afternoon, January 15, the Court held a scheduling conference in this newly-filed case. The Court deferred ruling on plaintiff's TRO Motion, ordered further briefing on the matter and set the hearing on plaintiff's TRO Motion for February 11.

When the Court identified the hearing date, undersigned counsel informed the Court that it would not be necessary to rule on plaintiff's Motion for Expedited Discovery because any

PAGE 1—NOTICE OF WITHDRAWAL OF MOTION FOR EXPEDITED DISCOVERY