IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>INDIANA UNIVERSITY, PROVOST LAUREN ROBEL, KATHY ADAMS-REISTER, LIBBY SPOTTS, ROBERT BILLINGHAM, MICHAEL COURTNEY AND GRANT VOGTMAN,<br><br>    Defendants. | CASE NO. 1:20-cv-123-JRS-DML<br><br><br>**ORDER GRANTING MOTION TO FILE VERIFICATION PAGE UNDER SEAL** |

    Upon plaintiff John Doe's motion and for good cause shown, it is hereby ORDERED that plaintiff may file the unredacted verification page to his Verified Complaint under seal. It is further ORDERED that plaintiff may redact his name and other identifying information in the publicly filed verification. The unredacted document (Dkt. 17) will remain under seal pending this Court's ruling on Plaintiff's Motion to Proceed by Pseudonym.

    So ORDERED.

Date: 1/27/2020

                                              Debra McVicker Lynch
                                              United States Magistrate Judge
                                              Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system