United States District Court
Southern District of Indiana
Indianapolis Division

JOHN DOE,

    *Plaintiff,*

    v.                    Case No. 1:20-cv-00123-JRS-DML

INDIANA UNIVERSITY at BLOOMINGTON,
PROVOST LAUREN ROBEL, KATHY
ADAMS-REISTER, LIBBY SPOTTS, ROBERT
BILLINGHAM, MICHAEL COURTNEY, and
GRANT VOGTMAN

    *Defendants.*

## ORDER GRANTING PARTIES' AGREED MOTION REGARDING CASE DEADLINES

Plaintiff John Doe initiated this case on January 14, 2020. The parties initially litigated this case as a Temporary Restraining Order (ECF No. 1; No. 19), but Plaintiff withdrew that request on February 4, 2020 (ECF No. 37). On February 26, 2020, Defendants filed a motion to dismiss all claims (ECF No. 40; No. 41). On March 17, 2020, Plaintiff filed an amended complaint (ECF No. 37); and Defendants will file another motion to dismiss that amended complaint on or before March 31, 2020.

In these circumstances, the Court agrees with the parties that it would serve the interests of judicial economy to allow that Rule 12 briefing to run its course before the parties incur expenses in that regard. The Court, being duly advised, therefore STAYS the initial case deadlines contemplated by Federal Rules of Civil Procedure 16 and 26 pending resolution of Defendants' Rule 12 motions.

SO ORDERED.

Date: 3/27/2020

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all parties of record via
CM/ECF.