UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00123-JRS-DML |
| | ) |
| INDIANA UNIVERSITY, | ) |
| LAUREN ROBEL Provost, | ) |
| KATHY ADAMS-REISTER, | ) |
| LIBBY SPOTTS, | ) |
| ROBERT BILLINGHAM, | ) |
| MICHAEL COURTNEY, | ) |
| GRANT VOGTMAN, | ) |
| | ) |
| Defendants. | ) |

**Order**

On February 26, 2020, Defendants filed a Motion to Dismiss. (ECF No. 40.) On March 17, 2020, Plaintiff filed an Amended Complaint. (ECF No. 43.) The Motion to Dismiss (ECF No. 40) is **denied as moot**.

The Court will consider Defendants' Motion to Dismiss Amended Complaint (ECF No. 46) in due course.

**SO ORDERED.**

Date:
    6/26/2020

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution by EM/ECF to all registered counsel of record