# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>INDIANA UNIVERSITY, PROVOST LAUREN ROBEL, KATHY ADAMS-REISTER, LIBBY SPOTTS, ROBERT BILLINGHAM, MICHAEL COURTNEY AND GRANT VOGTMAN,<br><br>    Defendants. | CASE NO. 1:20-CV-123-JRS-MG<br><br>**NOTICE OF FILING EVIDENCE AS DIRECTED BY MINUTE ORDER DATED 04/07/21 (ECF NO. 71)** |

Plaintiff John Doe hereby gives notice that he is submitting evidence in opposition to defendants' Motion to Dismiss Second Amended Complaint ("Motion to Dimiss") (ECF No. 60). On April 7, 2021 the Court informed the parties that it intends to convert defendants' Motion to Dismiss into a motion for summary judgment because it will be considering extrinsic evidence, namely the declaration of Libby Spotts. (ECF No. 71). The Court has ordered the parties to produce any related admissible evidence. Accordingly, John Doe gives notice that he is producing evidence for the Court's consideration, which evidence is contained in or supported by the following contemporaneously-filed documents: (1) Declaration of John Doe (redacted) and (2) Declaration of Carrie Menikoff.

DATED this April 19, 2021.

/s/ *Eric J. Rosenberg*
Eric J. Rosenberg (0069958)
205 S. Prospect Street
Granville, Ohio 43023
740.644.1027 phone
erosenberg@rosenbergball.com