**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>    v.<br><br>INDIANA UNIVERSITY, PROVOST LAUREN ROBEL, KATHY ADAMS-REISTER, LIBBY SPOTTS, ROBERT BILLINGHAM, MICHAEL COURTNEY AND GRANT VOGTMAN,<br><br>      Defendants. | CASE NO. 1:20-CV-123-JRS-MG<br><br>**DECLARATION OF CARRIE MENIKOFF RE: ECF NO. 71** |

I, Carrie Menikoff, hereby declare pursuant to 28 U.S.C. §1746 that:

1. I am an attorney with Rosenberg & Ball LPA located at 205 S. Prospect Street, Granville, Ohio. Eric Rosenberg, owner and partner of Rosenberg & Ball, is counsel for plaintiff John Doe. I am an attorney assisting Mr. Rosenberg in the captioned case.

2. I have personal knowledge of the matters set forth in this declaration.

3. I submit this declaration in support of John Doe's opposition to defendants' Motion to Dismiss Second Amended Complaint (ECF No. 60), which the Court will be converting to a motion for summary judgment per its minute order dated April 7, 2021. (ECF No. 71).

4. The Court has directed the parties to submit admissible evidence related to the Declaration of Libby Spotts. (ECF No. 63-3). In her declaration, Ms. Spotts testified that Indiana University ("IU") sent a copy of Mr. Doe's academic transcript to Purdue University.

5.	To complete the record related to Mr. Doe's opposition to defendants' pending motion, we are submitting a copy of John Doe's official Indiana University academic transcript, which transcript contains the notation: STUDENT IS ON DISCIPLINARY SUSPENSION EFFECTIVE 12/16/2019.[1]

6.	On April 14, 2021, I received a copy of Mr. Doe's official academic transcript from IU attorney of record Tracy Betz. A copy of this transcript is attached hereto as Exhibit A.

7.	In her cover email, attorney Betz affirmed that this information was sent to Purdue adding that it is a "true and accurate copy of what IU transmitted to Purdue."

8.	John Doe submits his IU academic transcript as evidence admissible under the Federal Rules of Evidence, which includes but may not be limited to Fed. R. Evid. 801(d)(2) and 803(6).

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this April 19, 2021.

_____
Carrie Menikoff

---

[1] An unredacted copy of Mr. Doe's transcript with identifying personal information is filed separately under seal.

PAGE 2—DECLARATION OF CARRIE MENIKOFF RE: ECF NO. 71



**Bloomington**

Official Transcript

Page 1

**Statement of Authenticity**

This transcript was requested, following all applicable state and federal laws, and is the official transcript of the student identified below. The transcript has been transmitted electronically to the recipient identified below and is only intended for that recipient. If you are not the intended recipient, please notify the Transcript Office at Indiana University, (812) 855-4500. It is not permissible to replicate this transcript or forward it to any person or organization other than the identified recipient.

If this transcript has been issued by Indiana University and no change(s) have been made, the recipient will view a "Certification Valid" message confirming the digital signature from the university that authorizes the release of this transcript. If "Certification Valid" was not displayed, the following transcript has either been altered or not issued by Indiana University. The electronic signature at the bottom of this page provides the credentials for the issuing authority.

Recipient:                                                Student:

Aimee Oestreich

aburkert@iu.edu

The official transcript explanation is included in this document.

1

EXHIBIT A to Menikoff Declaration
Page 1 of 4



Indiana University Transcripts
Bloomington, IN 47405
PHONE: (812) 855-4500
transcripts@iu.edu
http://transcripts.iu.edu

### How to Authenticate This Official Transcript
### from Indiana University

This official transcript has been transmitted electronically to the recipient, and is intended solely for use by that recipient. If you are not the intended recipient, please notify the Transcript Office at Indiana University, (812) 855-4500. It is not permissible to replicate this transcript or forward it to any person or organization other than the identified recipient. Release of this record or disclosure of its contents to any third party without written consent of the record owner is prohibited.

This official transcript has been digitally signed and therefore contains special security characteristics. If this transcript has been issued by Indiana University Bloomington and this transcript is viewed using Adobe® Acrobat version 6.0 or greater or Adobe® Reader version 6.04 or greater, it will reveal a digital certificate that has been applied to the transcript. This digital certificate will appear in a pop-up screen or status bar on the transcript, display a blue ribbon, and declare that the transcript was certified by Indiana University Bloomington with a valid certificate issued by GeoTrust CA for Adobe®. This transcript certification can be validated by clicking on the Signature Properties of the transcript.

 The blue ribbon symbol is your assurance that the digital certificate is valid, the transcript is authentic, and the contents of the transcript have not been altered.

If the transcript does not display a valid certification and signature message, reject this transcript immediately. An invalid digital certificate display means either the digital certificate is not authentic, or the transcript has been altered. The digital certificate can also be revoked by the Office of the Registrar if there is cause, and digital certificates can expire. A transcript with an invalid digital certificate display should be rejected.

Lastly, one other possible message, Author Unknown, can have two possible meanings: first, the certificate is a self-signed certificate or has been issued by an unknown or untrusted certificate authority. Second, the revocation check could not be completed. If you receive this message, make sure you are properly connected to the internet. If you have an internet connection and you still cannot validate the digital certificate online, reject this transcript.

The official transcript explanation is the last page of this document.

The current version of Adobe® Reader is free of charge and available for immediate download at http://www.adobe.com.

If you require further information regarding the authenticity of this transcript, you may e-mail or call the Transcript Office at transcripts@iu.edu or (812) 855-4500.



2

EXHIBIT A to Menikoff Declaration
Page 2 of 4

# INDIANA UNIVERSITY
## OFFICE OF THE REGISTRAR

```
                              Official Transcript                              Page  1 of  1

  Name       : ███████████████████        SSN        : ██████████
  Student ID : ███████████████████        Birthdate  : 
  Address    : ███████████████████        Print Date : 04-09-2021
               ███████████████████        Request Nbr: 029037501
               United States
```

```
                                              Test Credit Applied Toward University Div Pre-Business Program
                                              Bloomington
     - - - - -  Beginning of Undergraduate Record  - - - - -      Course             Title                                Hrs Grd
                                                                                                                          3.00 T
                     Fall 2018   South Bend
                                                                                                                          3.00 T
Program  : Non-Degree Undergraduate
Course              Title                           Hrs Grd                                                               3.00 T
██████████████     ██████████████████████           3.00 A
                                                                              Test Credit Hrs:    9.00
Semester:   IU GPA Hours:       3.00  GPA Points:    12.000
            Hours Earned:       3.00  GPA:            4.000
Cumulative: IU GPA Hours:       3.00  GPA Points:    12.000       Semester:   IU GPA Hours:      13.50  GPA Points:     3.000
            Hours Earned:       3.00  GPA:            4.000                   Hours Earned:      24.00  GPA:            0.222
                                                                  Cumulative: IU GPA Hours:      19.50  GPA Points:    24.900
                     Spring 2019   South Bend                                 Hours Earned:      30.00  GPA:            1.277
                                                                  STUDENT IS ON DISCIPLINARY SUSPENSION EFFECTIVE 12/16/2019
Program  : Non-Degree Undergraduate
Course              Title                           Hrs Grd       Student Undergraduate Program Summary
██████████████     ██████████████████████           3.00 B+       GPA Hours:      19.50  Transfer/Test Hours Passed:   21.00
                                                                  Hours Earned:   30.00  Points:         24.900  GPA:   1.277
Semester:   IU GPA Hours:       3.00  GPA Points:     9.900
            Hours Earned:       3.00  GPA:            3.300       Indiana University Undergraduate Summary
Cumulative: IU GPA Hours:       6.00  GPA Points:    21.900       IU GPA Hours:   19.50  Transfer/Test Hours Passed:   21.00
            Hours Earned:       6.00  GPA:            3.650       Hours Earned:   30.00  Points:         24.900  GPA:   1.277

                     Fall 2019   Bloomington                      Academic Objective as of Last Enrollment
                                                                  University Div Pre-Business
Program  : University Div Pre-Business                             Entreprenrshp & Corp Innov BSB
Course              Title                           Hrs Grd
██████████████     ██████████████████████           3.00 F                      --- End Of Record ---
██████████████     ██████████████████████           1.50 F
██████████████     ██████████████████████           3.00 F              Issued at: Indiana University Bloomington
██████████████     ██████████████████████           3.00 D                       Mark McConahay, Registrar
██████████████     ██████████████████████           3.00 F
Transfer Credit from Ivy Tech Community College of Indiana
Applied Toward University Div Pre-Business Program Bloomington
Course              Title                           Hrs Grd
██████████████     ██████████████████████           3.00 T
██████████████     ██████████████████████           3.00 T
                     Transfer Hrs Passed:    6.00


Transfer Credit from Vincennes University
Applied Toward University Div Pre-Business Program Bloomington
Course              Title                           Hrs Grd
██████████████     ██████████████████████           3.00 T
                     Transfer Hrs Passed:    3.00


Transfer Credit from Purdue University Fort Wayne
Applied Toward University Div Pre-Business Program Bloomington
Course              Title                           Hrs Grd
██████████████     ██████████████████████           3.00 T
                     Transfer Hrs Passed:    3.00




           --- Record continued in next column ---
```

Send To:
Aimee Oestreich


Mark McConahay, Registrar

EXHIBIT A to Menikoff Declaration
Page 3 of 4

# INDIANA UNIVERSITY
## OFFICE OF THE REGISTRAR
### OFFICIAL TRANSCRIPT EXPLANATION

Note: The following explanation reflects information found on the Indiana University **Official Transcript** produced from the Student Information System implemented Fall 2004. A transcript labeled **Official Record** is also an official transcript which has been produced from the prior student record system. While there is no difference in the way grade point averages are calculated in each format, the Official Record (old system) will not reflect as many of the grade point average summaries as are now available on the Official Transcript (current system). **\***

I. *Grade and Credit Point System*

The following grades are considered in computing semester or cumulative grade averages. Plus and minus grades are computed in cumulative averages effective First Semester 1977-78. Course hours with a grade of "F" are counted when computing grade point averages but do not count toward the earned hours required for degrees.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A+ | (4.0 Pts.) | B+ | (3.3 Pts.) | C+ | (2.3 Pts.) | D+ | (1.3 Pts.) | WF | Withdrawn-Failing (0 Pts.) |
| A  | (4.0 Pts.) | B  | (3.0 Pts.) | C  | (2.0 Pts.) | D  | (1.0 Pts.) |    | (Discontinued First Semester 1977-78) |
| A- | (3.7 Pts.) | B- | (2.7 Pts.) | C- | (1.7 Pts.) | D- | (0.7 Pts.) | F  | Failing (0 Pts.) |

The following grades are not considered in computing semester or cumulative grade point averages:

- AU  Audit - No credit (Discontinued 1965)
- AX through DX (Including plus and minus grades) Denotes a graded course subsequently retaken under the Extended-X Policy (effective Fall 1994) (See Undergraduate GPA exception below)
- CF  Credited on Certificate (Discontinued 1965)
- DF  Deferred (Discontinued 1965; Treated as Incomplete)
- E   Conditional (Discontinued 1965; Treated as Incomplete)
- EX  Exemption (Discontinued 1965)
- FX  Denotes a course originally failed and subsequently retaken during or after First Semester 1976-77 under the FX or Extended-X Policy. (See Undergraduate GPA exception below).
- I   Incomplete (Effective First Semester 1977-78, automatically changed to F after one calendar year; See also grade of R.)
- NC  No Credit (Established 1971); replaced AUDIT (AU)
- NR  No Report Submitted by Instructor (Used for unreported grades for prior semesters or course work that has not been graded for the current semester)
- NY  Used to signify enrollment in a special program for which credit when earned will be shown as an ADDITIONAL entry on the permanent academic record.
- O   Denotes an Incomplete in a course taught through Purdue University.
- P   Passed (Pass/Fail Option) (The Pass/Fail Option permits graduate and undergraduate students to enroll in a course and receive a grade of P or F. Pass/Fail Option courses are normally limited to electives. The responsibility of approval, as well as special regulations affecting the Option, rests with the dean of the student's school or division under procedures which the school or division establishes. Instructors are not notified of undergraduate students registering for this Option. A grade of P cannot subsequently be changed to a grade of A, B, C, or D)
- R   Deferred (Effective First Semester 1977-78, used for course work which can be evaluated only after two or more semesters--such course work was previously graded with I.)
- S   Satisfactory (entire class graded S or F)
- T   Denotes credits transferred from another institution.
- W   Withdrawn--Passing (Prior to Second Semester 1974-75, used to indicate withdrawal while passing. Effective Second Semester 1974-75, used to reflect students who withdraw while passing after the official Drop and Add Period.)
- X   Passed Without Grade (Discontinued 1965; Treated as Satisfactory)

Repeated Courses

Repeated courses are counted in the IU grade point average (IU GPA) and may also be counted in the student's primary program GPA (Student Program GPA), depending on the policies of the student's program. Repeated courses do not count toward the earned hours required for degrees unless the course is defined as repeatable for credit. **\***

Undergraduate Grade Point Average (GPA) Exception

Courses that have been retaken under the conditions of the FX Policy or Extended-X (Retaken Course/GPA Exclusion) Policy are noted with an "X" following the grade. Under these policies, both enrollments in the course and their grades remain on the record, but the enrollment of the "X" graded course is excluded from the University credit hour totals and grade point average (Indiana University Summary). This "X" grade may or may not be excluded from the academic program credit hours and grade point average (Student Program Summary) depending upon the policy of the student's primary program. Not all Indiana University campuses honor the Extended-X Policy. **\***

II. *Record Format*

The "Official Transcript" standard format lists course history, grades and GPA information in chronological order sorted by the student's academic level. The "Official Transcript with Enrollment" provides the same information as the standard transcript but also includes all courses in which a student is currently enrolled. "Official Transcript" or "Official Transcript with Enrollment" (without an academic level designation) indicates that the document contains all work completed at Indiana University. A student may also request a transcript of only those courses taken at the undergraduate, graduate, or professional (Law, Medicine, Dentistry, Optometry) level. In these cases, the title of the document will reflect which academic level is represented. (Note: The graduate academic level may be subdivided into more than one "Graduate" grouping due to academic calendar differences.)

The IU GPA reflects the student's GPA according to standard university-wide rules. A Semester IU GPA and a cumulative-to-date IU GPA are calculated at the end of each semester. The overall IU GPA summary statistics are reflected at the end of each student career level.

The Student Program GPA is calculated according to the rules determined by the student's primary academic program at the time of printing. This GPA is subject to change whenever the student changes programs. The cumulative Student Program GPA summary statistics are reflected at the end of each student career level and are based on the student's last active primary program at that level.

III. *Transfer, Test, and Special Credit*

Courses accepted in transfer from other institutions are listed under a Transfer Credit heading. Generally, a grade of "T" (transfer grade) is assigned and course numbers, titles, and credit hours assigned reflect Indiana University equivalents. Transfer hours with a grade of "T" are not reflected in the cumulative grade averages. However, the hours are included in the "Hrs Earned" field.

A course suitable for credit which does not parallel an Indiana University course at the campus of evaluation may be designated by a course subject followed by "-UN" (undistributed credit) and a number indicating an equivalent Indiana University course (class) level. For example, HIST-UN 200 represents a 200 (sophomore) level History course. Applicability of accepted transfer credit toward a particular degree is determined by the Indiana University school or division offering the degree program.

Credit awarded as a result of placement tests, credit by examination, or successful completion of a higher level course may be reflected as Special Credit with a transcript note or may appear as separately designated "Test or Special Credit." The total number of transfer and test hours on the record appears in a separate Transfer/Test Hours Passed category in the Student Program and Indiana University Summaries.

Note that there are exceptions to these general transfer credit policies related to transfer work from Purdue University campuses and Purdue State Wide Technology programs located on Indiana University campuses. For further details visit **http://registrar.indiana.edu/transcript.html**, Transfer Credit Exceptions.

IV. *Accreditation*

Indiana University, a member of the North Central Association, is accredited by the Higher Learning Commission (http://**www.ncahigherlearningc**ommission.org) (312-263-0456). Accreditation covers all courses and programs offered at all campuses of Indiana University. See the appropriate school bulletins for other accreditations.

V. *Validation*

A transcript issued by Indiana University reflects course work completed at any campus: Bloomington, Columbus (IUPUC), Fort Wayne (IPFW), Gary (Northwest), Indianapolis (IUPUI), Kokomo, New Albany (Southeast), Richmond (East), South Bend. A transcript issued by Indiana University is official when it displays the Registrar's signature and the university's seal and is printed on Indiana University paper. The official university transcript is printed on SCRIP-SAFE paper and does not require a raised seal.

VI. *Registrar Contact*

Questions about the content of this record should be referred to the Office of the Registrar where it was printed.

| | | | |
|---|---|---|---|
| **IU Bloomington** | **IPFW Fort Wayne** | **IU Kokomo** | **IU South Bend** |
| Office of the Registrar | Office of the Registrar | Office of the Registrar | Office of the Registrar |
| 408 N. Union Street | 2101 E. Coliseum Boulevard | 2300 South Washington | Administration Building 148 |
| Bloomington, IN 47405-3800 | Fort Wayne, IN 46805-1499 | P.O. Box 9003 | 1700 Mishawaka Avenue |
| (812) 855-0121 | (260) 481-6100 | Kokomo, IN 46904-9003 | P.O. Box 7111 |
| http://registrar.indiana.edu | http://www.ipfw.edu/registrar/ | (765) 455-9391 | South Bend, IN 46634-7111 |
| Federal School Code: 001809 | Federal School Code: 001828 | http://www.iuk.edu/~koregstr | (574) 520-4451 |
| | | Federal School Code: 001814 | http://registrar.iusb.edu |
| | | | Federal School Code: 001816 |
| **IU East** | **IUPUI Indianapolis** | **IU Northwest** | **IU Southeast** |
| Office of the Registrar | Office of the Registrar | Office of the Registrar | Office of the Registrar |
| 2325 Chester Boulevard | Campus Center 250 | Hawthorn Hall 109 | University Center South, 107 |
| Richmond, IN 47374-1289 | 420 University Boulevard | 3400 Broadway | New Albany, IN 47150-6405 |
| (800) 959-3278 | Indianapolis, IN 46202-5144 | Gary, IN 46408-1197 | (812) 941-2240 |
| http://www.iue.edu/registrar/ | (317) 274-1519 | (219) 980-6815 | http://www.ius.edu/registrar/ |
| Federal School Code: 001811 | http://registrar.iupui.edu | http://www.iun.edu/~regisnw/ | Federal School Code: 001817 |
| | Federal School Code: 001813 | Federal School Code: 001815 | |

**\*** For a more detailed transcript explanation visit **http://registrar.indiana.edu/transcript.html**        13152513  SCRIP-SAFE® Security Products, Inc. Cincinnati, OH

R087/XL2