# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 7, 2021

To: Roger A. G. Sharpe
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis, IN 46204-0000

| | |
|---|---|
| No. 21-2018 | JOHN DOE,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>TRUSTEES OF INDIANA UNIVERSITY, et al.,<br>　　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-00123-JRS-MG<br>Southern District of Indiana, Indianapolis Division<br>District Judge James R. Sweeney | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                                    no record to be returned

form name: **c7_Mandate**     (form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 7, 2021

*By the Court*:

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | |
|---|---|
| No. 21-2018 | JOHN DOE,<br>    Plaintiff - Appellant<br><br>v.<br><br>TRUSTEES OF INDIANA UNIVERSITY, et al.,<br>    Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:20-cv-00123-JRS-MG |
| Southern District of Indiana, Indianapolis Division |
| District Judge James R. Sweeney |

Upon consideration of the motion to dismiss case pursuant to FRAP 42(b), filed by Appellant John Doe, on September 4, 2021,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)